**O'Meara Law Office**

Brendan O'Meara
Admitted in NY and MA
Melissa Petrozza
Admitted in NY

304 Grand Concourse, Bronx, NY 10451
P.O. Box 806 Yonkers, New York 10702

Telephone: 914-548-9005
718-585-2315
Facsimile  718-585-2048

November 20, 2007

Sharon Frase, Esquire
(SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007

    Re:  Francia, Kenneth
        07 CIV 8802
        Property Seized: $7105.00 US Currency
        Seizure Date: 4/20/07

Dear Ms. Frase,

Please be advised this office represents Kenneth Francia in relation to the above referenced seized property. Attached hereto is a claim for above referenced forfeiture.

Thank you for your consideration in this matter and please contact me with any questions or concerns.

Sincerely,

Brendan O'Meara

Brendan O'Meara, Esq.

United States District Court
Southern District of New York

————— ————— ————— ————— —

UNITED STATES OF AMERICA

    -V-                                                         Claim
                                                                  07 CIV 8802

$7,105.00 IN UNITED STATES CURRENCY

————— ————— ————— ————— —

New York                   )
                                )ss
County of the Bronx     )

I, Kenneth Francia, hereby swear under the and penalties of perjury the following,

1. On April 20, 2007, I had on my person the amount of $7,105.00.
2. The aforementioned funds were seized by the New York Police Department.
3. At that time $7,105.00 was seized from my property.
4. Based upon a review of the Verified Complaint 07 CIV 8802 I hereby claim that the funds referred to within that complaint are the same funds seized from my person on April 20, 2007.
5. Such funds were obtained lawfully, I have been gainfully employed for over twenty five years and all funds were obtained from such employment.
6. I hereby am making a claim to these funds pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Sworn to before me on Nov. 20, 2007

_[signature]_                                               _Kenneth Francia_
Melissa Petrozza                                   Kenneth Francia
Notary Public, State of New York
Queens County
02PE6133128
Expires 9/12/09

## AFFIRMATION OF SERVICE

Melissa Petrozza, Esq., an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms and states under penalties of perjury that the affirmant is an attorney with O'Meara Law Offices, located at 304 Grand Concourse, Bronx, New York 10451 and is over the age of 18 and is not a party to this action.

That on the 21st day of November, 2007, the affirmant caused a true copy of Kenneth Francia's Claim bearing Docket Number 07 CV 8802 to be served by U.S. Mail upon Sharon Frase Assistant United States Attorney at the following address:

> Sharon Frase, Esquire
> (SF-4906)
> Assistant United States Attorney
> One St. Andrew's Plaza
> New York, NY 10007

Melissa Petrozza, Esq.