```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :     07 Civ. 8802 (DLC)
                                        :
$7,105 IN UNITED STATES CURRENCY,       :     ORDER
                                        :
            Defendant-in-rem.           :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    This action was filed on October 12, 2007.  A claim for the property was filed on November 26, and the claimant filed his answer on December 13.  The Government was to provide the Court with a proposed scheduling order for the action by March 7, 2008, but has failed to do so.  Accordingly, it is hereby

    ORDERED that the Government provide the Court with a proposed scheduling order in this action by Wednesday, April 2, 2008.

    IT IS FURTHER ORDERED that failure to comply with this Order will result in the action being dismissed for failure to prosecute.

    SO ORDERED:

Dated:   New York, New York
         March 25, 2008

                            _____
                                     DENISE COTE
                            United States District Judge