

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

**MEMO ENDORSED**

**VIA HAND DELIVERY**
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. $7,105 in United States Currency,**
      **07 Civ. 8802 (DLC)**

Dear Judge Cote:

I am the Assistant U.S. Attorney with responsibility for the above-captioned action. Pursuant to the Court's April 3, 2008 scheduling order in this case, fact discovery was to be completed by yesterday. Due to delays in obtaining documentation from the New York City Police Department, the Government has not been able to complete its outstanding discovery obligations. For this reason, the Government requests a 30-day extension of the time by which the parties must complete fact discovery, to Wednesday, June 18, 2008. I have spoken to counsel for the claimant, Kenneth Francia, regarding this request, and they do not object. The parties do not expect the proposed extension of fact discovery to delay compliance with further deadlines in the scheduling order, including the completion of all expert disclosures by July 14, 2008.

The Government also requests permission to make this request out of time. I was called out of town last week due to a death in the family, and was unable to submit this request prior to my departure for the funeral.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By:  _Sharon Frase /pw_
     Sharon E. Frase
     Assistant United States Attorney
     Telephone:   (212) 637-2329

cc:  Brandon O'Meara, Esq. (*via facsimile*)

*Granted, nunc pro tunc.*

*/s/ Denise Cote*
*June 2, 2008*