UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- -X
                       :

UNITED STATES OF AMERICA,          :

                       :

      -v-                  :

                       :

$7,105 IN UNITED STATES CURRENCY,     :

                       :

        Defendant-in-rem.    :

                       :

----------------------------------------------- -X

07 CIV. 8802 (DLC) (DF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | _____ | | Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

*    Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
            June 25, 2008

                                   **DENISE COTE**
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _6/25/08_