UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    07 CIV. 8802 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :        PRETRIAL
        -v-                               :    SCHEDULING ORDER
                                          :
$7,105 IN UNITED STATES CURRENCY,         :
                                          :
            Defendant-in-rem.             :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on June 25, 2008, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Freeman prior to **June 27, 2008** in order to
     pursue settlement discussions under her supervision.

2.   All discovery must be completed by **July 3, 2008**.

3.   The parties having consented to a bench trial, the Joint
     Pretrial Order must be filed by **August 1, 2008**.

     As described in this Court's Individual Practices in Civil
     Cases, the following documents must be filed with the
     Pretrial Order:  Proposed Findings of Fact and Conclusions
     of Law and a Memorandum of Law addressing all questions of
     law expected to arise at trial.  Any responsive papers are
     due one week thereafter.

     All direct testimony except for testimony of an adverse
     party, a person whose attendance must be compelled by
     subpoena, or a witness for whom a party has requested and
     the Court has agreed to hear the direct testimony at trial,
     shall be submitted by affidavits served, **but not filed**, with
     the Joint Pretrial Order.

     Those portions of depositions that are being offered as
     substantive evidence, along with a one page synopsis (with
     transcript citations) of such testimony for each deposition,
     shall be exchanged at the time the Pretrial Order is filed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 25 08

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy of all these documents at the time they are served, as well as two sets of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

4.     The final pretrial conference is scheduled for **August 21,** at **10 a.m.** in Courtroom 11B, 500 Pearl Street.

IT IS HEREBY ORDERED that the trial will begin at **9:30 a.m.** on **September 4, 2008**.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1.     All exhibits must be pre-marked.

2.     At the start of the trial each party will present the Court with three copies of a complete exhibit list.  The exhibits should include expert reports, and any charts or summaries of evidence.

3.     Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4.     Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 to 2:00 p.m.

5.     Counsel should make certain that they have custody of all original exhibits.  The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
          June 25, 2008

_____
DENISE COTE
United States District Judge